# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CENTRIX FINANCIAL, LLC *et al.*, | ) | Bankruptcy Case No. 06-16403 EEB |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| ──────────────────────────── | ) | |
| | ) | |
| CENTRIX FINANCIAL LIQUIDATING TRUST and JEFFREY A. WEINMAN IN HIS CAPACITY AS TRUSTEE FOR THE CENTRIX FINANCIAL LIQUIDATING TRUST, | ) ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 08-1593 EEB |
| | ) | |
| ROBERT E. SUTTON, 6762 POTOMAC, LLC, CENTRIX CONSOLIDATED, LLC, CENTRIX FUNDS, LLC, FOUNDERS INSURANCE COMPANY LTD., JOHNSON STREET HOLDINGS, LLC, PHOENIX CAPITAL MANAGEMENT, RES CAPITAL HOLDINGS, INC., WILLISTON HOLDINGS, LTD., GRAND CONSTRUCTION, LLC, HARRISON CUSTOM BUILDERS, LTD., DESIGN MANAGEMENT, INC., LYNDON PROPERTY INSURANCE COMPANY, GERALD FITZGERALD, HOWARD KLEMMER, JOHN SCHREVEN, ROLAND ANDERSON, KATHERINE SUTTON, JULIE SUTTON, ELIZABETH SUTTON, DAVID SUTTON, BIRDIE, LLC, JULIE L. SUTTON REVOCABLE TRUST, DYERWHITE CONSTRUCTION, LLC, POTOMAC AVIATION, LLC, and JOHN DOES 1-50 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER SETTING DATE FOR RESPONSE TO MOTION

    THIS MATTER comes before the Court on 1) the Motion to Dismiss Claims Against Defendants Roland Anderson and John Schreven, or, in the alternative, for a More Definite

Statement (Documents #47 and 49), 2) Demand for Jury Trial and Motion for Withdrawal of Reference filed by Robert E. Sutton, *et al.* (Document #54), 3) Motion for More Definite Statement filed by Lyndon Property Insurance Company (Document #56), 4) Motion to Dismiss Plaintiff's Ninth Claim for Relief and Brief in Support thereof filed by Gerald Fitzgerald (Document #57), and 5) Motion to Dismiss filed by Robert E. Sutton, *et al.* (Document #58). In order to provide adequate opportunity for response and for prompt determination,

    IT IS HEREBY ORDERED that the Plaintiffs shall file a response to the above listed Motions with the Court no later than **December 10, 2008**. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. General objections will not be considered by the Court. In the absence of a timely and substantial objection and request for hearing by an interested party, the Court may grant the above-described Motion.

    Dated this 20th day of November, 2008.

BY THE COURT:

_____
Elizabeth E. Brown,
United States Bankruptcy Judge