IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-002602-PAB

CENTRIX FINANCIAL LIQUIDATING TRUST, et al.,

    Plaintiffs,

v.

ROBERT E. SUTTON, et al.,

    Defendants.
_____

**ORDER**
_____

This matter comes before the Court on a review of the file. This case was opened on December 1, 2008 by the filing of a Demand for Jury Trial and Motion for Withdrawal of Reference [Docket No. 1]. The filing was premature, and the Demand for Jury Trial and Motion for Withdrawal of Reference was re-filed on January 16, 2009 as Docket No. 1 in Case No. 09-cv-00088-PAB. It is therefore

ORDERED that this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs. Counsel are directed to file all future pleadings in Case No. 09-cv-00088-PAB.

DATED February 26, 2009.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge